**Order entered March 12, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00577-CV

### NIXDORF GMBH & CO. KG AND WATERCREST PARTNERS, L.P., Appellants

### V.

### TRA MIDLAND PROPERTIES, LLC, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06190**

## ORDER

Before the Court is appellees' March 7, 2018 unopposed third motion for extension of time to file appellees' brief. We **GRANT** the motion and **ORDER** appellees' brief filed on or before **MARCH 14, 2018**. We caution appellees that further extension requests will be disfavored.

/s/    DAVID EVANS
JUSTICE